UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 25-2424, 25-2358, & 25-2415

J. C. A. G.,
Petitioner in 25-2424

v.

Attorney General United States of America

———

R.C.B.,
Petitioner in 25-2358

v.

Attorney General United States of America

———

Jose Rodolfo Velasquez Banegas,
Petitioner in 25-2415

v.

Attorney General United States of America

(Agency No. A204-181-215)
(Agency No. A099-668-222)
(Agency No. A078-949-752)

Present: CHAGARES, *Chief Judge*, MATEY and BOVE, *Circuit Judges*

1. Motion to Hold Oral Argument in Abeyance or, in the Alternative, for Clarification Regarding Oral Argument

Respectfully,
Clerk/PM

ORDER

The foregoing motion is hereby granted in part and denied in part. To the extent the petitioners request to hold argument in abeyance and to increase the time for oral argument, the motion is denied. The Court's argument notice is clarified as

follows: Oral argument shall be limited to the issues of jurisdiction, venue, and justiciability (including equitable tolling), and shall not address the merits of the petitions. Oral argument will not address legal issues that will be considered by the en banc Court in Laureano. The petitioners shall not have twenty minutes each to argue, but shall split the twenty minutes of time allotted for argument amongst themselves. The parties' summaries of the issues may be filed within five business days of this order.

By the Court,

s/Michael A. Chagares
Chief Circuit Judge

Dated: 09/04/2026
PM/cc: All Counsel of Record